**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| XTRA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:11-cv-03185 |
| v. | ) |
| | ) |
| G & S EXPEDITED FREIGHT, LTD. | ) |
| | ) |
| -AND- | ) |
| | ) |
| GS EXTREME FREIGHT, LTD., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

COMES NOW Plaintiff XTRA Corporation ("XTRA"), by and through its undersigned counsel, with the consent of Defendants, and moves this Court to enter the Consent Judgment attached hereto as *Exhibit A*. In support of this Motion, XTRA states as follows:

1. On May 25, 2011, XTRA filed its First Amended Complaint in the instant action against Defendants G & S Expedited Freight, Ltd. and GS Extreme Freight, Ltd. (collectively, "Defendants").

2. Subsequent to the filing of this Amended Complaint, XTRA and Defendants reached a resolution of this matter.

3. The agreement reached by XTRA and Defendants has been reduced to a written Consent Judgment, executed and notarized by a duly authorized representative of XTRA and Defendants.

4. A true and accurate copy of this Consent Judgment is attached hereto as *Exhibit A*.

5. As Defendants did not have counsel of record enter an appearance in this matter, counsel for XTRA files this Motion with the consent of Defendants requesting that this Court enter the Consent Judgment attached hereto as *Exhibit A*.

WHEREFORE, for the foregoing reasons, Plaintiff XTRA Corporation respectfully requests that this Court enter the Consent Judgment attached hereto as *Exhibit A* and for such other and further relief as this Honorable Court deems just and proper in the premises.

Respectfully submitted,

POLSINELLI SHUGHART PC

Dated: June 27, 2011		By:	/s/ Keith J. Grady
			KEITH J. GRADY (ND IL #90785673)
			JOHN M. CHALLIS (IL #6284728)
			100 South Fourth Street, Suite 1000
			St. Louis, Missouri 63102
			Phone:	(314) 889-8000
			Facsimile:	(314) 231-1776
			E-Mail:	kgrady@polsinelli.com
				jchallis@polsinelli.com

			JOHN A. LEJA (IL #6256269)
			161 N. Clark Street
			Suite 4200
			Chicago, IL 60601
			Phone:	(312) 819-1900
			Facsimile:	(312) 819-1910
			E-Mail:	jleja@polsinelli.com

		ATTORNEYS FOR PLAINTIFF
		XTRA LEASE, LLC